1  LAW OFFICE OF EMILY DELEON
   Emily De Leon, SBN 296416
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Email: emily@lawdeleon.com
4

5  Attorney for:
   JAVIEL GARCIA
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00065 DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER TO RELEASE DEFENDANT |
| JAVIEL GARCIA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JAVIEL GARCIA (Booking No.:2251794), by and through his attorney of record, Emily De Leon, hereby requests that the defendant be released to Alexis Rodriguez or USPO Julie Martin, from the Kern County Sheriff Office, Lerdo Facility and transported to the Salvation Army on Tuesday, September 3, 2019.

## **ORDER**

Defendant JAVIEL GARCIA (Booking No.:2251794), shall be released to Alexis Rodriguez or USPO Julie Martin from the Kern County Sheriff's Office, Lerdo Facility and be transported to the Salvation Army on September 3, 2019.

IT IS SO ORDERED.

Dated: **August 30, 2019**    _____
UNITED STATES DISTRICT JUDGE

1