UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:19-cr-00065 DAD |
| Plaintiff, | ) ) ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| JAVIEL GARCIA, | ) ) | |
| Defendant. | ) ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Manuel Perez is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to September 7, 2021 in place of the Federal Defenders Office. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **September 7, 2021**         **/s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE