UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Dale A. Drozd**  RE:  **Javiel Garcia**
**United States District Judge**      Docket Number:  0972 1:19CR00065-1
**Fresno, California**                <u>**AMENDED SENTENCE REDUCTION**</u>
                                      <u>**OF SUPERVISED RELEASE TERM**</u>

Your Honor:

On December 13, 2021, Mr. Garcia appeared before Your Honor for a Dispositional Hearing in reference to a Probation Form 12C, Petition for Warrant, at which time you sentenced him to 42 months Bureau of Prisons to be followed by 36 months of Supervised Release.

Pursuant to USSG §7B1.3(g)(2), if the Court imposes a term of supervised release, "the length of such a term of supervised release shall not exceed the term of supervised release authorized by statue for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release."  In this case, Mr. Garcia was previously sentenced to "time served" on a previous violation to be followed by 58 months of supervised release.  In this violation he was sentenced to 42 months custody; therefore, the maximum term of supervised release which can be imposed is 16 months.

I respectfully request the sentence imposed on December 13, 2021, be amended to reflect this correction.

RE:  **Javiel Garcia**
     **Docket Number:   0972 1:19CR00065-1**
     **AMENDED SENTENCE**

|  |  |
|---|---|
| **Respectfully submitted,** | **Reviewed by,** |
| *Julie R. Martin* | *Lonnie G. Stockton* |
| **JULIE R. MARTIN** | **LONNIE E. STOCKTON** |
| Sr. United States Probation Officer | Supervising United States Probation Officer |

**Dated:**  December 21, 2021
         Bakersfield, California
         JRM:jrm

cc:  Joseph Barton
     Assistant United States Attorney

     Tino Perez
     Defense Counsel

IT IS SO ORDERED.

Dated:  **December 22, 2021**                    *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE

2