ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAVIEL GARCIA,<br><br>Defendants. | Case No. 1:19-cr-00065-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

The parties agree to continue the status conference in this TSR matter that is scheduled for July 22, 2026, to September 2, 2026, at 2:00 p.m., before the Duty Magistrate Judge. The government is in the process of providing discovery to defense counsel and defense counsel requires time to review the discovery so that she can engage in meaningful plea negotiations with the government.

///

///

///

IT IS SO STIPULATED.

Dated: July 20, 2026

*/s/ Mai Shawwa*
Mai Shawwa
Counsel for Javiel Garcia

Dated: July 20, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAVIEL GARCIA,<br>Defendant. | Case No. 1:19-cr-00065-DAD<br>ORDER |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled in this TSR matter for July 22, 2026, is continued until September 2, 2026, at 2:00 p.m., before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **July 20, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE